UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11-60255-CR-WILLIAMS

UNITED STATES OF AMERICA,

        Plaintiffs,

vs.

HENRY MCFLIKER,

        Defendant.
_____/

## OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT

COMES NOW, Defendant, HENRY MCFLIKER ("Defendant"), by and through his undersigned counsel and files these Objections and Corrections to the Presentence Investigation Report ("PSR"):

**PART A.    THE OFFENSE**

### Related Cases

¶9.    Paragraph 9 of the PSR states "A forensic review of Zerene's bank accounts revealed that from 2007 to the time of his arrest, Zerene received approximately $1,427,725.38 in income from the sale of illegally manufactured aircraft parts to others in the aviation community." While this may be true, Defendant's business, Daytona, only accounted for the payment of $928,557.50.  (See PSR ¶27).

### Role Assessment

¶28.    Defendant objects to the four level aggravating role adjustment pursuant to §3B1.1(a). Instead, Defendant contends that he should be given a three level adjustment pursuant to §3B1.1(b) as per the Plea Agreement between the parties.  During the period of time in question, Defendant acted more in a managerial or supervisory role than as a leader or organizer.

### Victim Impact

¶32.    Defendant objects to the $1,454,232 restitution figure as this includes payments made by other unrelated parties with whom the Defendant did not conspire.  (See PSR ¶27).  As such, the proper restitution figure should be $928,557.50.

### Offense Level Computation

¶36.    Defendant objects to the finding in the PSR that the loss was more than $1 million and the corresponding 16 point offense level increase.  As reflected in the Plea Agreement between the parties, it is stipulated that the loss was more than $400,000 but less than $1 million as based upon the conduct as referred to in ¶27 of the PSR in which the Government explained that Daytona paid ZAI $928,557.50 for the fraudulent parts supplied to the USAF.  The Report erroneously includes payments made to ZAI from other parties unrelated to the Defendant with who the Defendant did not conspire, which brought the total paid to ZAI at $1,454,232.

¶40.    For the reasons set forth above, Defendant objects to the four level adjustment increase as a leader or organizer and, instead, submits that a three level increase is appropriate pursuant to the Plea Agreement between the parties.

### Total Offense Level

¶46.    For the reasons set forth above, Defendant submits that the total offense level should be 24 with a guideline range of 51-63 months.

### PART C.    OFFENDER CHARACTERISTICS

### Physical Condition

¶62.    This paragraph should be amended to include the following:  the Defendant is currently experiencing frequent chest pains and is scheduled for an examination on March 30, 2012 at the Broward Heart Group anticipating further procedures, including, but not limited to a stress test. Furthermore, the Defendant has developed numbness in his toes which may be related to his

Diabetes condition and is scheduled for an appointment on April 2, 2012 with his diabetic specialist Dr. Harvin Nahmias. On April 9, 2012, the Defendant is scheduled for a colonoscopy at the Northwest Heart and Health Institute in Margate, Florida.

### Education and Vocational Skills

¶70. A copy of Defendant's Ordination Certificate as a Rabbi signed by a ten member board of Rabbis awarded from the Florida Academy Institute of Religion is attached hereto as Exhibit "A". The Institute operates as a division of the All People's Synagogue of South Florida, 7455 Collins Avenue, Suite 201, Miami, Florida 33141.

### PART D.    SENTENCING OPTIONS

### Guideline Provisions

¶94. Defendant objects to the total offense level of 27 and an guideline imprisonment range of 70-87 months. Instead, as reflected above, the total offense level should be 24 with a guideline range of 51-63 months.

### CONCLUSION

The Defendant, HENRY McFLIKER, respectfully requests that the PSR be adjusted to incorporate the above-referenced objections and factual corrections.

        Respectfully submitted,

        LAW OFFICES OF MARC S. NURIK
*Attorney for Defendant Henry McFliker*
1 E. Broward Boulevard, Suite 700
Fort Lauderdale, Florida 33301
Tel: (954) 745-5849; Fax: (954) 745-3556
marc@nuriklaw.com

By:  /s/ Marc S. Nurik
    MARC S. NURIK
    Fla. Bar No. 272817

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed and furnished by transmission of notice of electronic filing generated by CM/ECF upon all counsel of record and by email to:  AUSA Marc Stuart Anton, United States Attorney's Office, 500 E Broward Boulevard, 7th Floor, Fort Lauderdale, FL 33394 and P.O. Kathryn Gomez, 299 E. Broward Boulevard, Suite 409, Fort Lauderdale, FL  33301 this 20th day of March, 2012.

 /s/ Marc S. Nurik
MARC S. NURIK